```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                     JACKSON DIVISION
```

**MATTHEW JONES, #26259**                                      **PETITIONER**

**VS.**                                 **CIVIL ACTION NO. 3:05-CV-356BS**

**RONALD W. KING AND JIM HOOD,**
**Attorney General**                                           **RESPONDENTS**

### FINAL JUDGMENT

In accordance with Rule 58 of the Federal Rules of Civil Procedure, and the Opinion and Order which adopts the Report and Recommendation of Magistrate Judge, this case is hereby dismissed with prejudice.

SO ORDERED this the 16th day of June, 2006.

                                    s/ William H. Barbour, Jr.
                                    UNITED STATES DISTRICT JUDGE

blj